DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUSAN L. ROMEO,**
Appellant,

v.

**PINE CREEK TOWNHOMES ASSOCIATION, INC.,** a Florida not-for-profit corporation; **PGA VILLAGE PROPERTY OWNERS ASSOCIATION, INC.,** a Florida not-for-profit corporation; **JANE GRIM,** an individual; and **LINDA KESSLER,** an individual,
Appellees.

No. 4D22-1863

[March 23, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562021CA001743AXXX.

Brian K. Korte of Korte & Assocs., LLC, Singer Island, for appellant.

Ashley N. Landrum and Josef M. Fiala of Vernis & Bowling of Palm Beach, P.A., North Palm Beach, for appellees Pine Creek Townhomes Association, Inc., Jane Grim and Linda Kessler.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***